```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Imanuel Bassil Ali, | : | CIVIL ACTION |
| | : | NO. 11-1812 |
|     Plaintiff | : | |
|   v. | : | |
| | : | |
| John E. Wetzel, et al., | : | |
| | : | |
|     Defendants. | : | |

### ORDER

**AND NOW,** this **22nd** day of **October, 2019,** it is hereby **ORDERED** that the Clerk of Court shall serve a copy of the attached Order (ECF No. 100) upon of the Attorney General of the Commonwealth of Pennsylvania.

**AND IT IS SO ORDERED.**

                                    */s/ Eduardo C. Robreno*
                                    **EDUARDO C. ROBRENO, J.**

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

Imanuel Bassil Ali,            :    CIVIL ACTION
                               :    NO. 11-1812
        Plaintiff              :
   v.                          :
                               :
John E. Wetzel, et al.,        :
                               :
        Defendants.            :

## ORDER

**AND NOW**, this **17th** day of **October, 2019,** after considering the Joint Motion for Partial Grant of the Writ of Habeas Corpus (ECF Nos. 96, 98) it is hereby **ORDERED** that:

1. A hearing on the joint motion shall be held on December 16, 2019, at 10:00 a.m. before the Honorable Eduardo C. Robreno in Courtroom 15A; and

2. The matter is referred to the Office of the Attorney General of the Commonwealth of Pennsylvania for comment, if any, by way of an amicus brief.  Any amicus brief in this matter shall be filed by November 15, 2019.

   **AND IT IS SO ORDERED.**

                         */s/ Eduardo C. Robreno*
                         *EDUARDO C. ROBRENO,    J.*