IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IMANUEL BASSIL ALI : | CIVIL ACTION |
| Petitioner, : | No. 11-1812 |
| v. : | |
| JOHN E. WETZEL, et al., : | Hon. Eduardo C. Robreno United States District Judge |
| Respondents. : | |

## ORDER

The Court is in receipt of the Notice of Abatement of Federal Habeas Corpus Proceedings and documentation of Petitioner's death filed by counsel for Petitioner, Imanuel Bassil Ali. (Doc. 138). The Court **FINDS** that, in light of Mr. Ali's death, he is no longer "in custody" for purposes of 28 U.S.C. § 2254. *See Keitel v. Mazurkiewicz*, 729 F.3d 278, 279–80 (3d Cir. 2013). As such, this case is moot. *Id.*

The petition for habeas corpus is **DISMISSED**. The Clerk of Court is directed to mark the case **CLOSED.**

By the Court:

*Eduardo C. Robreno*
Eduardo C. Robreno, J.